```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

RONALD WAYNE CUPP,              )
                                )
        Plaintiff,        )
   v.                           )    No. 4:08CV412-DJS
                                )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security,)
                                )
        Defendant.        )

## ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 29, 2008, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #11] is accepted and adopted.

**IT IS FURTHER ORDERED** that the Commissioner of Social Security's motion to dismiss [Doc. #6] is granted.

Dated this __3rd__ day of October, 2008.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE